Gregory L. Bonilla
Maureen H. Lennon
MACo Defense Services
2717 Skyway Drive, Suite F
Helena, MT  59602-1213
Ph. (406) 441-5471
Fax (406) 441-5497
gbonilla@mtcounties.org

Counsel for Jefferson County

Trevor L. Uffelman
Uffelman Law, P.C.
1410 Knight Street
Helena, MT  59601
Ph. (406) 461-0569
trevor@uffelmanlaw.com

Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | | |
|---|---|---|
| AUDEMIO OROZCO-RAMIREZ, | ) | Cause No.  DV-15-62-H-CCL |
| | ) | Judge: Charles C. Lovell |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| JEFFERSON COUNTY, MONTANA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

Audemio Orozco-Ramirez and Defendant Jefferson County, each through their

respective counsel of record, that said action against Jefferson County shall be

dismissed with prejudice as settled, and the Court is hereby authorized and

requested to execute and enter the Order of Dismissal attached hereto, and to make

all such other orders and judgments which may be necessary and proper to

effectually dismiss said action with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each of the parties to

said action shall bear and pay all costs and expenses heretofore incurred or to be

incurred by them respectively in connection with said action.

DATED this 29th day of November, 2016.

MACo Defense Services


 /s/ Gregory L. Bonilla
Gregory L. Bonilla


Uffelman Law, P.C.


 /s/ Trevor L. Uffelman
Trevor L. Uffelman