## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| AUDEMIO OROZCO-RAMIREZ, ) | Cause No. CV-15-62-H-CCL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING** |
| ) | **STIPULATION FOR** |
| JEFFERSON COUNTY, MONTANA, ) | **DISMISSAL** |
| ) | **WITH PREJUDICE** |
| Defendant. ) | |
| _____ ) | |

Pursuant to the Stipulation for Dismissal with Prejudice filed herein and good cause appearing;

IT IS HEREBY ORDERED that the above-entitled action, and each and all of the claims and counts asserted, or attempted to be asserted therein, are hereby dismissed with prejudice as to Defendant Jefferson County.

IT IS HEREBY FURTHER ORDERED that each of the parties to the above-entitled action shall bear and pay all costs and expenses heretofore incurred or to be incurred by them, respectively, in connection with said action.

DATED this 1st day of December, 201

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE